ALEXIS
Attor
378 Lew
Brookly
Tel. 91
alexpadilla

> Application granted. Plaintiff's opposition shall be due by July 19, 2021; Defendants' reply shall be due by August 6, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 35.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 21, 2021

BY ECF
Hon. District Court Judge Phillip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:     Haslinger v. Westchester County
               18-cv-05619-PMH

Your Honor:

     My office represents the plaintiff, Kenneth Haslinger, in the above-referenced matter. I write to respectfully request an extension of time to file plaintiff's opposition to defendant Westchester County's Motion for Summary Judgment. Plaintiff's opposition is currently due on Monday, June 21, 2021. I have conferred with counsel for defendants, and they have consented to a 30 day extension, which would bring the due date for plaintiff's opposition to July 19, 2021 and the due date for defendant's reply to August 6, 2021. I thank the Court in advance for its time and attention to this matter.

                                                Respectfully submitted,

                                                /s/

                                                *Alexis G. Padilla, Esq.*
                                                Attorney for Kenneth Haslinger

Cc:    BY ECF
         Loren Zeitler, Esq.
         Office of the Westchester County Attorney
         Attorneys for Defendant