**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KENNETH HASLINGER,

                       Plaintiff,

      -against-

WESTCHESTER COUNTY,

                       Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2021

18 **CIVIL** 5619 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 22, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 27, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
**BY:**
                                                     **Deputy Clerk**